JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| TIFFANY BARRAZA, | CASE NO. 16-CV-01390-BRO (PJWx) |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| CITY OF MORENO VALLEY, et al., | |
| Defendants. | |

In accord with this Court's Order granting the Motion for Summary Judgment by Defendants on April 20, 2017, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff TIFFANY BARRAZA shall take nothing by way of her Complaint and Defendants may apply to recover costs awarded pursuant to statute.

IT IS SO ORDERED.

DATED: April 26, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

4840-5553-4919.1

JUDGMENT